UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

E.G., individually and on behalf of the child, M.B.,

                                      Plaintiff,

          – against –

New York City Department of Education,

                                      Defendant.

-----------------------------------------------------------------X

**STIPULATION AND ORDER OF DISMISSAL**

22-cv-8894 (GHW)(BCM)

      **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any faulty or liability;

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

          1.    The above-referenced action is hereby dismissed with prejudice; and

          2.    Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the

Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
February 6, 2023

**Cuddy Law Firm, PLLC**
*Attorney for Plaintiff*
5693 South Street Road
Auburn, NY 13021
(315) 370-4020
kmendillo@cuddylawfirm.com

By: _____
Kevin Mendillo, Esq.

**HON. SYLVIA O. HINDS-RADIX**
Corporation Counsel of the City of New York
*Attorney for Defendant*
100 Church Street, 2nd Fl
New York, New York 10007
(212) 356-0418
TLindema@law.nyc.gov

By: _____
Thomas Lindeman, Esq.
Assistant Corporation Counsel

SO ORDERED:

_____
HON. GREGORY H. WOODS
UNITED STATES DISTRICT JUDGE

2